UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. CHESTER,<br><br>      Plaintiff,<br><br>  vs.<br><br>AUDREY KING, et al.,<br><br>      Defendants. | 1:16-cv-01257-DAD-GSA-PC<br><br>ORDER APPROVING DEFENDANTS' STIPULATED PROTECTIVE ORDER (ECF No. 30.) |

Raymond D. Chester ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds on Plaintiff's First Amended Complaint filed on August 31, 2017, against defendants Audrey King, Jagsir Sandhu, Robert Withrow, and Dr. Bradley Powers, on Plaintiff's medical indifference claim under the Fourteenth Amendment. (ECF No. 10.) This case is now in the discovery phase.

On June 21, 2019, a stipulation and proposed protective order was filed with the court containing the signature of Laurie Adamson, Esq., counsel for defendants Audrey King, Jagsir Sandhu, and Robert Withrow; and the signature of Christina H. Vo, Esq., counsel for defendant Dr. Bradley Powers. (ECF No. 30.) After consideration of the stipulation, the court hereby approves the stipulated protective order as set forth.

IT IS SO ORDERED.

    Dated: **July 1, 2019**              **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE