UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. CHESTER,<br><br>         Plaintiff,<br><br>    v.<br><br>AUDREY KING, et al.,<br><br>         Defendants. | No.  1:16-cv-01257-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT POWERS'S MOTION FOR SUMMARY JUDGMENT, AND DENYING PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 36, 43, 58) |

Plaintiff Raymond D. Chester is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  This action proceeds on plaintiff's claims against defendants Audrey King, Jagsir Sandhu, M.D., Bradley Powers, M.D., and Robert Withrow, M.D., for deliberate indifference to plaintiff's serious medical needs in violation of the Fourteenth Amendment as alleged in plaintiff's first amended complaint.  (*See* Doc. Nos. 10, 15.)

On July 23, 2020, the assigned magistrate judge issued findings and recommendations recommending that defendant Powers's motion for summary judgment (Doc. No. 36) be granted, that plaintiff's cross-motion for summary judgment (Doc. No. 43) be denied, and that judgment

1

be entered in favor of defendant Powers.  (Doc. No. 58.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 42–43.)  No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 23, 2020, (Doc. No. 58), are adopted in full;
2. Defendant Powers's motion for summary judgment (Doc. No. 36) is granted;
3. Plaintiff's cross-motion for summary judgment against defendant Powers (Doc. No. 43) is denied;
4. Judgment shall be entered in favor of defendant Powers, and he is terminated as a defendant in this action; and
5. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **October 16, 2020**         /s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2